# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA L. HALEY,<br>　　　　　Plaintiff<br><br>　　　v.<br><br>LANCASTER COUNTY, PENNSYLVANIA<br>and AMBER MARTIN,<br><br>　　　　　Defendants | CIVIL ACTION NO.: 5:24-CV-05496<br><br>Civil Action – Law<br>(Electronically filed)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Donna L. Haley hereby gives notice that this action is voluntarily dismissed against Defendant Amber Martin. Defendant Martin has not filed or served a counter-claim nor a motion for summary judgment in this action. Accordingly, Plaintiff voluntary dismisses Defendant Amber Martin from this action with prejudice. *See* Fed. R. Civ. P. 41(a)(2).

Date: May 29, 2025

Respectfully submitted,

KREVSKY BOWSER LLC

*/s/ Solomon Z. Krevsky*
Solomon Z. Krevsky (PA #72719)
[skrevsky@krevskybowser.com](skrevsky@krevskybowser.com)
20 Erford Road | Suite 300A
Lemoyne, PA 17043
717.731.8600
*Counsel for Plaintiff*

SO ORDERED:

_____
Pamela A. Carlos, United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2025, I have this date caused a copy of the foregoing to be served on the following via ECF filing.

JOHN P. GONZALES, ESQ.
D. CONNOR WARNER, ESQ.
MARSHALL DENNEHEY, P.C.
2000 Market Street, Suite 2300
Philadelphia, PA 19103
jpgonzales@mdwcg.com
dcwarner@mdwcg.com
*Attorneys for Defendants, Lancaster County Pennsylvania and Amber Martin*

Respectfully submitted,

KREVSKY BOWSER LLC

*/s/ Solomon Z. Krevsky*